AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK



Date: December 3, 2025

(By) DEPUTY CLERK

## AFFIDAVIT OF NON-SERVICE

| Case: 25cv14617 | Court: UNITED STATES DISTRCIT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | County: | Job: 14718063 |
|---|---|---|---|
| Plaintiff / Petitioner: Mid-America Carpenters Regional Council Pension Fund, et al. | | Defendant / Respondent: Phoenix CCI LLC | |
| Received by: Kurt Sederman | | For: McGann, Ketterman & Rioux | |
| To be served upon: PHOENIX CCI LLC C/O BRIANA STEWART, Registered Agent | | | |

Kurt Sederman, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

**Recipient Name / Address:** PHOENIX CCI LLC C/O BRIANA STEWART, Registered Agent, 444 North Michigan Avenue Ste 1200, Chicago, IL 60611

**Manner of Service:** Non-Service

**Documents:** Summons, Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Dec 9, 2025, 1:34 pm CST at 444 North Michigan Avenue Ste 1200, Chicago, IL 60611
Secure office building requiring tenant permission to gain access. Per security officer: neither agent nor defendant at this address.



12/10/2025

Kurt Sederman                Date

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.



12/10/2025

Kurt Sederman                Date

Windy City Process Serving Inc.
3400 W 111th St #446
Chicago, IL 60655
117.001816