## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:                                    Case Number:  **25 CV 14617**

**Mid-America Carpenters Regional Council Pension Fund et al**
           v.
**Phoenix CCI LLC**

An appearance is hereby filed by the undersigned as attorney for:

**Defendant, Phoenix CCI LLC**

Attorney Name:  **Todd A. Miller**

Firm:  **Allocco, Miller & Cahill, P.C.**

Street Address:  **20 N. Wacker Drive, Suite 3517**

City/State/Zip:  **Chicago, Illinois 60606**

Bar ID Number:  **6216561**                    Telephone Number: **(312) 675-4325**

Email Address:   **tam@alloccomiller.com**

Are you acting as lead counsel in this case? Are    ☑ Yes   ☐ No

you acting as local counsel in this case? Are you    ☐ Yes   ☑ No

a member of the court's trial bar?                   ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.      ☐ Retained Counsel
                                                    ☐ Appointed Counsel
                                                    If appointed counsel, are you Federal
                                                    ☐ Defender
                                                    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/18/2025

Attorney signature:   S/ *Todd A. Miller*