AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK



Date: December 3, 2025

(By) DEPUTY CLERK

| Form **LLC-1.50**<br>September 2013<br>**Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.ilsos.gov<br><br>**Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void.** | Illinois Limited Liability Company Act<br>**Affidavit of Compliance for Service on Secretary of State**<br>**SUBMIT IN DUPLICATE**<br>Type or Print Clearly<br><br>This space for use by Secretary of State.<br><br>Filing Fee: $5<br>Approved: mb | FILE # 1685706<br>This space for use by Secretary of State.<br><br>**FILED**<br>DEC 2 6 2025<br>ALEXI GIANNOULIAS<br>SECRETARY OF STATE |

1. Name of Limited Liability Company being served: Phoenix CCI LLC

2. Title of Case and Case Number:
   Mid-America Carpenters Regional Counl — First Named Plaintiff
   v.
   Phoenix CCI LLC — First Named Defendant
   Number: 25cv14617

3. Title of Court in which an action, suit or proceeding has been commenced: U.S. District Court, N.D. of Illinois

4. Title of Instrument being served: Summons and Complaint

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: Briana Stewart, 444 N. Michigan Ave., Suite 2300, Chicago, IL 60611

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☑ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☐ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____ ; the conditions of paragraphs a and b above exist; and the action, suitor preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____ ; the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____.

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

*Travis J. Ketterman* (Signature of Affiant)   December 16, 2025

Travis J. Ketterman (Name print)
(312) 251-9700  Telephone Number

**RETURN TO:** (Please type or print clearly.)
McGann, Ketterman & Rioux
111 E. Wacker Dr., Suite 2300
Chicago, IL 60601

**TENDERED CHICAGO CORP. DEPARTMENT**
DEC 18 2025
ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8