**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND, MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, MID-AMERICA CARPENTERS REGIONAL COUNCIL SUPPLEMENTAL RETIREMENT FUND AND MID-AMERICA CARPENTERS REGIONAL COUNCIL APPRENTICE AND TRAINEE PROGRAM | |
| | CIVIL ACTION |
| Plaintiffs, | Case No.  25cv14617 |
| v. | |
| PHOENIX CCI LLC | |
| Defendant. | |

**NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

Plaintiffs, Mid-America Carpenters Regional Council Pension Fund, et al, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, provides the following information to this Court:

Plaintiffs are all multi-employer trust funds having no publicly held affiliates.

/s/ Travis J. Ketterman
_____
Travis J. Ketterman, Attorney for Plaintiffs

Travis J. Ketterman
McGann, Ketterman & Rioux
111 E. Wacker Dr., Suite 2300
Chicago, IL  60601
(312) 251-9700 Fax (312) 251-9701
tketterman@mkrlaborlaw.com
January 7, 2026