IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25 cv 14617 |
| v. | ) ) | Judge Sunil R. Harjani |
| PHOENIX CCI LLC | ) ) ) | |
| Defendant. | ) | |

**INITIAL STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide the Initial Status Report.

**1.        The Nature of the Case**

**a.        Identify the attorneys of record for each party, including the lead trial attorney:**

Travis J. Ketterman
Lead Trial Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Kathleen M. Cahill
Lead Trial Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
312-675-4325
tam@alloccomiller.com
kmc@alloccomiller.com

    b.    **Describe the nature of the claims asserted in the complaint and any counterclaims.**

The complaint was filed to obtain the books and records necessary to complete an audit of the Defendant to determine compliance with the obligation to submit contributions for every hour worked by the Defendant's carpenter employees and certain subcontractors for the period of October 1, 2023 through the present.

    c.    **State the major legal and factual issues anticipated in the case.**

The major legal and factual issues will be related to the discrepancies, if any, identified by the Plaintiffs' auditors once they are able to complete their review of the books and records of the Defendant. If the audit identifies discrepancies, the Plaintiffs will work with the Defendant to attempt a resolution of issues raised in the auditor's report.

    d.    **Describe the relief sought by the plaintiffs.**

The Plaintiffs will seek all contributions that are owed, if any, based on the auditor's to-be-issued report, along with statutory and contractual liquidated damages, interest, auditor fees and attorney fees and costs. Defendant denies any damages are owed to the Plaintiffs.

**2.    State the basis for federal jurisdiction.**

The Complaint is premised on Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of federal subject matter jurisdiction.

**3.    Status of Service**

The Defendant was served on December 26, 2025.

**4.    Pending Motions and Case Plan**

    a.    There are no pending motions.

    b.    The Defendant filed an answer on January 7, 2026.

**5.    Case Plan**

    a.    The Plaintiffs and Defendant propose exchanging the initial Rule 26(a) disclosures on or before February 27, 2026.

    b.    The Plaintiffs provided the Defendant with a list of the documents requested by the auditors on December 31, 2025. The parties are working on completing the audit.

c.     The parties are unable to propose a realistic discovery schedule until the auditors are able to complete their report.

d.     The parties suggest a written status report on discovery and the status of the audit report be filed on March 27, 2026.

e.     There is no need for a protective order or ESI.

f.     There is no jury demand.

**6.     Status of Settlement Discussions**

Future settlement discussions will address audit discrepancies, if any, set forth in the auditor's report. A judicial settlement conference is not requested at this time.

Respectfully Submitted,

| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al. | PHOENIX CCI LLC |
|---|---|
|        s/Travis J. Ketterman<br>By: _____<br>       TRAVIS J. KETTERMAN |        s/ Todd A. Miller<br>By: _____<br>       TODD A. MILLER |
| Travis J. Ketterman<br>Attorney for Plaintiffs<br>McGann Ketterman & Rioux<br>111 East Wacker Drive, Suite 2300<br>Chicago, Illinois 60601<br>312.251.9700<br>tketterman@mkrlaborlaw.com | Todd A. Miller<br>Attorney for Defendant<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, Illinois 60606<br>312-675-4325<br>tam@alloccomiller.com |

February 10, 2026