# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mid−America Carpenters Regional Council Pension Fund, et al.

          Plaintiff,

v.

Case No.: 1:25−cv−14617

Honorable Sunil R. Harjani

Phoenix CCI LLC

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

    MINUTE entry before the Honorable Sunil R. Harjani: Upon review of the Joint Initial Status Report [15], the Court sets the following schedule: (1) Rule 26(a)(1) initial disclosures to be provided by 2/24/2206; (2) Amendments of pleadings or joinder of other parties by 5/26/2026; (3) Written discovery requests to be issued by 3/26/2026; (4) Notices of depositions with agreed upon dates to be issued by 5/26/2026; (5) Rule 45 subpoenas to be issued by 5/26/2026; and (6) Fact discovery must be completed by 8/17/2026. No summary judgment motion may be filed until an in−person status conference has been held with the Court. With respect to any anticipated motion for summary judgment, the Court requires the moving party to file a status report addressing the applicable law and explaining in detail why there are no genuine issues of material fact and why the moving party is entitled to judgment as a matter of law. The moving party shall file the status report one week in advance of the in−person status conference. This case is referred to the Magistrate Judge for discovery supervision (including adjusting all deadlines as needed), resolution of discovery motions, and settlement discussions. An in−person status hearing is set for 8/27/2026 at 9:30 a.m. Telephonic conference previously set for 2/18/2026 is stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.