## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mid−America Carpenters Regional Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−14617

Honorable Sunil R. Harjani

Phoenix CCI LLC

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision (including adjusting all deadlines as needed), resolution of discovery motions, and settlement discussions. (lxs, )Mailed notice.

Dated: February 17, 2026

/s/ Sunil R. Harjani

United States District Judge