# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mid−America Carpenters Regional Council Pension Fund, et al.

                                                    Plaintiff,

v.                                                            Case No.: 1:25−cv−14617

                                                                      Honorable Sunil R. Harjani

Phoenix CCI LLC

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on referral (doc. #[17]) for discovery supervision and settlement, the Court has reviewed the parties' status report (doc. #[15]), the discovery schedule set by the district court (doc. #[16]) stands. The parties are further directed to review the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes (including its advisory Appendix) available on the Court's website. A further joint written status report is due by noon on 7/15/26 concerning discovery progress and settlement status. If the parties at any time decide they wish to engage in a settlement conference, they may contact the courtroom deputy, Jannette Nunez, at 312−818−6514. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.