**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25 cv 14617 |
| v. | ) ) | Judge Sunil R. Harjani |
| PHOENIX CCI LLC | ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide this Status Report pursuant to this Honorable Court's February 18, 2026.

1.      The pending case involves the audit of an employer who is signatory to a collective bargaining agreement.

2.      Since the Initial Status Report, the parties have settled a separate dispute involving the monthly contribution reports and payments.  This settlement will allow the Defendant's carpenter employees to have eligibility for pension and health benefits.

3.      During the interval, the owner of the Defendant suffered a personal tragedy which has delayed the resolution of the audit.

4.      The Defendant will submit the required documents to the Plaintiffs' auditors by the end of July 2026.

5.      The parties respectfully request 90 days for the completion of the audit and time for the parties to address any issues raised in the auditor's report.

Respectfully Submitted,

| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al. | PHOENIX CCI LLC |
|---|---|
| s/Travis J. Ketterman | s/ Todd A. Miller |
| By: _____ | By: _____ |
| TRAVIS J. KETTERMAN | TODD A. MILLER |

Travis J. Ketterman
Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Attorney for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325
tam@alloccomiller.com

July 15, 2026

2