**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mid−America Carpenters Regional Council Pension
Fund, et al.

                                                     Plaintiff,

v.                                                     Case No.:
                                                     1:25−cv−14617

                                                     Honorable Sunil R.
                                                     Harjani

Phoenix CCI LLC

                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the status report (doc. #[19]), formal discovery remains set to close on 8/17/26, but the Court wishes to allow the parties the time to complete their audit so that settlement might be facilitated, so the closure will be subject to reopening on motion, and audit−related discovery is not subject to the closure. The next joint status report on audit completion and discovery scheduling, as well as settlement status, is due at noon on 9/30/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.