**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al | ) | |
| Plaintiffs, | ) | Case No. 25 cv 14617 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| PHOENIX CCI LLC | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide this Status Report pursuant to this Honorable Court's October 2, 2026 Order.

1. The pending case involves the audit of an employer who is signatory to a collective bargaining agreement.

2. The Defendant will submit the required documents to the Plaintiffs' auditors on or before November 2, 2026.

3. The parties respectfully request 90 days for the completion of the audit and time for the parties to address any issues raised in the auditor's report.

Respectfully Submitted,

MID-AMERICA CARPENTERS
REGIONAL COUNCIL PENSION FUND et al.

s/Travis J. Ketterman
By: ________________________
TRAVIS J. KETTERMAN

PHOENIX CCI LLC

s/ Todd A. Miller
By: ________________________
TODD A. MILLER

Travis J. Ketterman
Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Attorney for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325
tam@alloccomiller.com

October 5, 2026